this document is written in common english

# FILE ON DEMAND

in federal court
at the united states district court
eastern district of texas
sherman division

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

MAY 8 2014

DAVID J. MALAND, CLERK
BY
DEPUTY_____

| | |
|---|---|
| i: a woman;<br>  prosecutor | §<br>§<br>§ cause number: 2014-dal-sls<br>§<br>§ [case number: 4:14cv205]<br>§<br>§ nature of case: claim<br>§ |
| john beggins; a man:<br>Customer Care Support:<br>SPECIALIZED LOAN SERVICING LLC:<br>Specialized Loan Servicing LLC:<br><br>       wrongdoer(s) | §claim: trespass; joint trespass[forgery];<br>§<br>§<br>§ (verified)<br>§<br>§   order |

order

the lohri court requires:

this case do continue as one of trespass and joint trespass; and;

if any man/woman acting as a court officer or any other man/woman interferes; changes; intermeddles; with my case it may be considered trespass; trespass upon the case; contempt of court;

i say here and will verify in open court that all herein be true

may 8 2014

debra ann lohri